# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AVI STERN**,
Appellant,

v.

**MICHAEL KORETSKY, ROSEANNE KORETSKY, ALLEN M. SILK,** as Trustee of the Jamie Koretsky Irrevocable Trust, and **ALLEN M. SILK,** as Trustee of the Rachael Koretsky Irrevocable Trust**, JAMIE POSNER, CLARE POSNER** and **THE OAKS AT BOCA RATON PROPERTY OWNERS ASSOCIATION, INC.**,
Appellees.

No. 4D18-862

[August 9, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502017CA001107XXXXMB.

Cory Carano of Cory S. Carano, P.A., Delray Beach, for appellant.

Anthony S. Adelson of Adelson Law Firm, Hallandale Beach, for appellees Michael Koretsky, Roseanne Koretsky, and Allen M. Silk.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***